IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA A. STARK, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON and ETHICON, INC., <br><br> Defendants. | CASE NO. 1-18-cv-06609 <br> Honorable Mary M. Rowland |

## STIPULATION TO DISMISS

Plaintiff, Patricia A. Stark, by and through her attorneys, Costello, McMahon, Gilbreth & Murphy, Ltd., and Defendants, Johnson & Johnson and Ethicon, Inc., by and through their attorneys, Butler Snow LLP, hereby stipulate to dismiss this matter, with prejudice, pursuant to the settlement agreement reached on December 9, 2021, with each party to bear their own costs and fees.

| | |
|---|---|
| KAREN A. ENRIGHT | AMY M. PEPKE |
| By: *Karen Enright* | By: *Amy Pepke* |
| **Attorney for Plaintiff** | **Attorneys for Defendants** |
| Costello, McMahon, Gilbreth & Murphy, Ltd. | Butler Snow LLP |
| 150 North Wacker Drive, Suite 3050 | 6075 Poplar Avenue, Suite 500 |
| Chicago, Illinois 60606 | Memphis, Tennessee 38119 |
| ph: (312) 541-9700 | ph: (901) 680-7200 |
| fax: (312) 541-0520 | fax: (901) 680-7201 |
| kenright@costellaw.com | amy.pepke@butlersnow.com |
| Date: December 23, 2021 | Date: December 27, 2021 |