# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia A. Stark

                      Plaintiff,

v.                                      Case No.: 1:18−cv−06609
                                                  Honorable Mary M. Rowland

Johnson and Johnson, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 28, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the stipulation to dismiss, this case is dismissed with prejudice, pursuant to the settlement agreement reached on December 9, 2021, with each party to bear their own costs and fees. Case remains closed. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.